UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST STANDARD FINANCIAL COMPANY LLC, et al., <br><br> Defendants. | Case No. 18-cv-05003-JD <br><br> **ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled plaintiff Abante Rooter and Plumbing, Inc.'s (Abante) individual claims. Dkt. No. 53. Consequently, the Court vacates all pretrial deadlines and dismisses Abante's individual claims, without prejudice to the claims of any other putative class member or class. If any party certifies to the Court within **60** days from the date of this order that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal of Abante's individual claims will be deemed to be **with prejudice** after the 60 days.

**The parties are directed not to ask the Court for a "dismissal with prejudice" at any time after this order, or to ask for an order confirming dismissal under FRCP 41(a)(1).** No Court order is necessary for dismissal under that rule.

**IT IS SO ORDERED.**

Dated: November 30, 2020

JAMES DONATO
United States District Judge